# United States District Court
## Eastern District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JIMMY HARVEY<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:     1:01-CR-18-002<br><br>Rita LaLumia<br>Defendant's Attorney |

**THE DEFENDANT:**
[✓]     admitted guilt to violation of condition(s) <u>general and standard conditions</u> of the term of supervision.
[ ]     was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s);

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

    The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

11/6/2008
Date of Imposition of Sentence

/s/
Signature of Judicial Officer

   CURTIS L. COLLIER, Chief United States District Judge
Name & Title of Judicial Officer

_____
Date

CASE NUMBER:  1:01-CR-18-002
DEFENDANT:    JIMMY HARVEY

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| I | **General Condition:** The defendant shall not illegally posses a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. | 1/25/07, 6/5/07, 8/2/07 |
|  | **Standard Condition #3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 1/25/07, 6/5/07, 8/2/07 |
|  | **Standard Condition #7:** The defendant shall not purchase, possess, use, distribute, or administered any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 1/25/07, 6/5/07, 8/2/07 |
| II | **Standard Condition #3:** The defendant shall follow the instructions of the probation officer. | 2/2/07, 4/17/07, 5/7/07, 6/5/07 7/13/07 |
| III | **Standard Condition #6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. | 8/1/07 |
|  | **Standard Condition #10:** The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer. | 8/1/07 |

DEFENDANT: JIMMY HARVEY
CASE NUMBER: 1:01-CR-18-002

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months .

[✓] The court makes the following recommendations to the Bureau of Prisons:

That the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
 [ ] at ___ [] a.m. [] p.m. on ___.
 [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 [ ] before 2 p.m. on ___.
 [ ] as notified by the United States Marshal.
 [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL